[No. 4608-1.   Division One.   June 27, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM
CATLIN, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 74824, Frank J. Eberharter, J., entered April 2,
1976. *Affirmed* by unpublished opinion per Callow, J., con-
curred in by Swanson and Andersen, JJ.

[No. 4753-1.   Division One.   June 27, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. CHARLES M.
HOAGLAND, *Appellant.*

Appeal from a judgment of the Superior Court for Skagit
County, No. 3236, Walter J. Deierlein, Jr., J., entered May
14, 1976. *Affirmed* by unpublished opinion per Farris, C.J.,
concurred in by Swanson and Williams, JJ.

[No. 5009-1.   Division One.   June 27, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. STEPHEN
TOMMA, *Appellant.*

Appeal from a judgment of the Superior Court for
Whatcom County, No. 8546, Byron L. Swedberg, J., entered
June 27, 1974. *Affirmed* by unpublished opinion per
Swanson, J., concurred in by Callow and Andersen, JJ.